```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 16-03387-JJT
Jose Mercado                                                    Chapter 13
        Debtor              CERTIFICATE OF NOTICE
District/off: 0314-5        User: CGambini              Page 1 of 1        Date Rcvd: Dec 07, 2017
                            Form ID: ordsmiss           Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2017.
```
db           +Jose Mercado,    4132 Winchester Way,    Bushkill, PA 18324-7040
cr           +WELLS FARGO BANK, N.A.,    14841 Dallas Parkway Suite 300,    Dallas, Tx 75254-7883
4823003      +SLS,    8742 Lucent Blvd,    Suite 300,   Highlands Ranch, CO 80129-2386
4823004      +Wells Fargo Bank, N.A.,    c/o Hladik, Onorato & Federmen,    298 Wissahickon Avenue,
               North Wales, PA 19454-4114
4836722      +Wells Fargo Bank, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            EDI: RECOVERYCORP.COM Dec 07 2017 18:48:00     Recovery Management Systems Corporation,
              25 SE 2nd Avenue, Suite 1120,    Miami, FL  33131-1605
4826348       EDI: RECOVERYCORP.COM Dec 07 2017 18:48:00     Recovery Management Systems Corporation,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                            TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4837244      ##+Buckley Madole, P.C.,    9441 LBJ Freeway, Suite 250,    Dallas, TX 75243-4640
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2017 at the address(es) listed below:
```
              Ann E. Swartz    on behalf of Creditor    Wells Fargo Bank, N.A. as trustee for Option One Mortgage
               Loan Trust 2007-FXD1 ASwartz@mwc-law.com, ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    Wells Fargo Bank, N.A. as trustee for Option One
               Mortgage Loan Trust 2007-FXD1 ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Wells Fargo Bank, N.A. as trustee for Option One
               Mortgage Loan Trust  2007-FXD1 Asset-Backed Certificates, Series 2007-FXD1
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    Wells Fargo Bank, N.A. as trustee for Option One
               Mortgage Loan Trust  2007-FXD1 Asset-Backed Certificates, Series 2007-FXD1
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vern S. Lazaroff    on behalf of Debtor 1 Jose  Mercado pabankruptcy@vernlazaroff.com,
               r39899@notify.bestcase.com
                                                                                            TOTAL: 7
```

Order Dismissing(Form ordsmiss) (11/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Jose Mercado  
**Debtor(s)**

Chapter 13

Case No. 5:16−bk−03387−JJT

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: December 7, 2017

By the Court,

Honorable John J. Thomas  
United States Bankruptcy Judge  
By: CGambini, Deputy Clerk